[No. 3372-1.   Division One.   April 12, 1976.]

MINNIE KLANDER, *Respondent*, v. LAWRENCE CAPAAN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for What-

com County, No. 47309, Marshall Forrest, J., entered October 4, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson and Andersen, JJ.